Same case below, 356 Fed. Appx. 675.

**No. 09-1458. Kevin E. Fields, Petitioner v. Michael Wilbur, et al.**

562 U.S. 834, 131 S. Ct. 141, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5830.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 843.

**No. 09-1459. South Carolina, Petitioner v. Kenneth Navy.**

562 U.S. 834, 131 S. Ct. 141, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5764.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 386 S.C. 294, 688 S.E.2d 838.

**No. 09-1460. Entertainment Productions, Inc., et al., Petitioners v. Shelby County, Tennessee, et al.**

562 U.S. 835, 131 S. Ct. 141, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5875.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 588 F.3d 372.

**No. 09-1462. Geoffrey Willard Atwell, Petitioner v. Mark S. Schweiker, et al.**

562 U.S. 835, 131 S. Ct. 141, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5788.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 752.

**No. 09-1463. Deborah A. Messina, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 6061, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 722.

**No. 09-1464. Suzanne Venezia, Petitioner v. William Penn School District.**

562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5906, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-1465. James R. Pipes, Petitioner v. United Parcel Service, Inc., et al.**

562 U.S. 835, 131 S. Ct. 388, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5901.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 535.